# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1833. TERILYN CALLICOTT v. PAUL SCOTT et al.
## A19A1834. PAUL SCOTT et al. v. TERILYN CALLICOTT.

Terilyn Callicott appealed from the trial court's partial grant of summary judgment to defendants. The defendants cross-appealed, but subsequently filed a motion in the trial court to dismiss Callicott's appeal. The records as sent, however, contain no order resolving the motion to dismiss the appeal. These cases are therefore REMANDED to Cobb County Superior Court for resolution of the motion to dismiss Callicott's appeal. Should the trial court grant the motion to dismiss the appeal, Callicott may file a notice of appeal within 30 days after entry of that order. See *Gilman Paper Co. v. James*, 235 Ga. 348, 349 (219 SE2d 447) (1975). Should the trial court deny the motion to dismiss Callicott's appeal, the trial court is ordered to send a copy of that order to this Court so that the cases may be re-docketed.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/19/2019

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.